Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

Hougton Division

United States Courts
Southern District of Texas
FILED

MAR 0 6 2026

Nathan Ochsner, Clerk of Court

SHIHHAN HONG, a.k.a. SHIHHAN N. HONG

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

VILLASPORT ATHLETIC CLUB AND SPA,
LLC

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **26 CV 1851**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☒ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | SHIHHAN HONG, a.k.a. SHIHHAN N. HONG |
| Street Address | 6011 Brunson Grove Dr. |
| City and County | Katy |
| State and Zip Code | Texas 77494 |
| Telephone Number | 214-686-6868 |
| E-mail Address | Safarihong@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | VillaSport Athletic Club and Spa, LLC |
| Job or Title *(if known)* | |
| Street Address | 9930 Gaston Road |
| City and County | Katy, Fort Bend County |
| State and Zip Code | Texas 77494 |
| Telephone Number | Unknown |
| E-mail Address *(if known)* | Unknown |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This Court has jurisdiction under 28 U.S.C. §1331 because this case arises under federal law, specifically Title VII of the Civil Rights Act of 1964.
Plaintiff filed a charge of discrimination with the U.S. Equal Employment Opportunity Commission (EEOC).
The EEOC issued a Notice of Right to Sue dated December 11, 2025.
Plaintiff files this lawsuit within 90 days of receiving the Right to Sue notice.
A copy of the EEOC Right-to-Sue letter is attached as Exhibit A.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* _____, is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

1.    Plaintiff was employed by Defendant VillaSport Athletic Club and Spa, LLC as a licensed massage therapist at its spa facility located in Katy, Texas.

2.    Plaintiff performed massage services for clients as part of his employment duties.

3.    On February 21, 2025, Plaintiff performed a massage session for a female client at the spa.

4.    After the massage session, the client left the spa without expressing any complaint about the service.

5.    The client provided a tip for the massage service.

6.    Later the same day, the client called the spa to schedule another appointment with Plaintiff.

7.    Later that same day, Plaintiff was instructed by spa management, including Assistant General Manager Melissa Corke, to leave the spa and was told not to return to work.

8.    On February 25, 2025, Plaintiff participated in a Microsoft Teams conference call with Human Resources Manager Shayna Bowman.

9.    During that meeting, Shayna Bowman asked Plaintiff to explain the general procedures he normally follows when performing massage services.

10.    During that conference call, Plaintiff was not informed that any client had made a complaint regarding the February 21, 2025 massage session.

11.    On February 28, 2025, Plaintiff was asked by management to reenact the massage session as part of the company's internal investigation.

12.    The reenactment was conducted in the presence of Spa Director Anthony Kahler and Assistant General Manager Melissa Corke.

13.    During that meeting, Plaintiff was informed for the first time that a client had made a complaint regarding the massage session.

14.    Plaintiff fully cooperated with all requests made by management during the investigation.

15.    During the reenactment of the massage session, no management personnel identified any violation of company policy or improper conduct by Plaintiff.

16.    Plaintiff was not provided with any written report or conclusion regarding the internal investigation.

17.    On March 3, 2025, Plaintiff was informed by the company's Human Resources department by telephone that his employment had been terminated.

18.    No written explanation for the termination was provided to Plaintiff.

19.    On March 4, 2025, Defendant reported allegations against Plaintiff to the Texas Department of Licensing and Regulation (TDLR).

20.    Plaintiff denies the allegations and maintains that the massage session was performed in a professional and lawful manner consistent with his training and license.

21.    Defendant's actions caused Plaintiff to lose his employment.

22.    Defendant's actions exposed Plaintiff to potential disciplinary action affecting his professional license and livelihood.

23.    Plaintiff suffered financial loss, damage to professional reputation, and emotional distress as a result of Defendant's actions.

24.    Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC).

25.    The EEOC issued a Notice of Right to Sue dated December 11, 2025.

26.    Plaintiff files this action within ninety (90) days of receiving the Notice of Right to Sue.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Compensatory damages for lost wages and loss of income resulting from the termination of Plaintiff's employment.
2. Compensation for emotional distress, anxiety, and damage to Plaintiff's professional reputation caused by Defendant's actions.
3. Compensation for medical and psychological treatment expenses related to the stress and harm caused by Defendant's conduct.
4. Punitive damages as permitted by law.
5. Costs of this action and any other relief the Court deems just and proper.
6 .Plaintiff demands a trial by jury.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          03/06/2026

Signature of Plaintiff          _Shihhan Hong_

Printed Name of Plaintiff      SHIHHAN HONG, a.k.a. SHIHHAN N. HONG

### B.    For Attorneys

Date of signing:          _____

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Street Address             _____
State and Zip Code         _____
Telephone Number           _____
E-mail Address             _____